FAEGRE DRINKER BIDDLE & REATH LLP
Lawrence J. Del Rossi
Antonio M. Pozos (*pro hac vice* admission pending)
600 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000 (phone)
*Attorney for Defendants*
*SCCY Industries, LLC and Joe Roebuck*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHRISTOPHER D. ADAMS, <br><br> Plaintiff, <br><br> v. <br><br> SCCY INDUSTRIES, LLC, d/b/a SCCY FIREARMS, JOE ROEBUCK, ABC COMPANIES (1-10) (fictitious names of unknown entities), and JOHN DOES (1-10) (fictitious names of unknown persons), <br><br> Defendants. | CIVIL ACTION NO. <br><br> Hon. <br><br> **DECLARATION OF JOE ROEBUCK** <br><br> (Document Electronically Filed) |

JOE ROEBUCK, of full age and under penalty of perjury, hereby declares as follows:

1.      I have personal knowledge of the facts set forth below, and submit this Declaration in support of Defendants' Notice of Removal of this action to the United States District Court for the District of New Jersey.

2.      SCCY Industries, LLC is a limited liability company organized under the laws of the state of Florida with its principal address at 1800 Concept Court, Daytona Beach, FL 32114.

3.      I am the Chief Executive Officer and sole member of SCCY Industries, LLC.

4.      I am a resident of Winter Park, Florida, and a citizen of Florida.

I declare under penalty of perjury that the foregoing is true and correct.


JOE ROEBUCK

Executed on March 18, 2020