FAEGRE DRINKER BIDDLE & REATH LLP
Lawrence J. Del Rossi, NJ ID No. 013662002
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
*Attorneys for Defendants*
*SCCY Industries, LLC and Joe Roebuck*

| | |
|---|---|
| CHRISTOPHER D. ADAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCCY INDUSTRIES, LLC d/b/a SCCY FIREARMS, JOE ROEBUCK, ABC COMPANIES (1-10) (fictitious names of unknown entities), and JOHN DOES (1-10) (fictitious names of unknown persons),<br><br>　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br><br>DOCKET NO. MON-L-000389-20<br><br>CIVIL ACTION<br><br>**NOTICE OF FILING OF THE NOTICE OF REMOVAL** |

　　　　PLEASE TAKE NOTICE that Defendants SCCY Industries, LLC and Joe Roebuck have filed the attached Notice of Removal with the office of the Clerk of the United States District Court for the District of New Jersey on March 23, 2020. A copy of that Notice of Removal (and exhibits thereto) is attached hereto as Exhibit A.

　　　　Pursuant to 28 U.S.C. §1446(d), the Superior Court of New Jersey, Law Division, Monmouth County, shall proceed no further unless the case is remanded.

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: <u>*/s/Lawrence J. Del Rossi*</u>
     Lawrence J. Del Rossi
     Attorneys for Defendants

Dated: March 23, 2020