FAEGRE DRINKER BIDDLE & REATH LLP
Lawrence J. Del Rossi, NJ ID. No. 013662002
600 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000 (phone)
*Attorneys for Defendants*
*SCCY Industries, LLC and Joe Roebuck*

| | |
|---|---|
| CHRISTOPHER D. ADAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCCY INDUSTRIES, LLC d/b/a SCCY FIREARMS, JOE ROEBUCK, ABC COMPANIES (1-10) (fictitious names of unknown entities), and JOHN DOES (1-10) (fictitious names of unknown persons),<br><br>　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br>DOCKET NO. MON-L-000389-20<br><br>**CERTIFICATION OF SERVICE** |

　　　　LAWRENCE J. DEL ROSSI, of full age, hereby certifies:

　　　　1.　　I am an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for Defendants SCCY Industries, LLC and Joe Roebuck (collectively, "Defendants").

　　　　2.　　On behalf of Defendants, on this date, I caused a true and correct copy of a Notice of Filing of Notice of Removal, along with this Certification of Service, to be filed with the Superior Court of New Jersey, Monmouth County, Law Division, 71 Monument Park, Freehold, New Jersey 07728 via electronic filing (eCourts).

3.     On behalf of Defendants, on this date, I caused a copy of these papers to be served upon counsel for the Plaintiff, Christopher J. Adams, via eCourts, email and Federal Express:

>Robert W. Smith, Esq.
>Christopher J. Eibeler, Esq.
>SMITH EIBELER, LLC
>101 Crawfords Corner Road, Suite 1-105R
>Holmdel, New Jersey 07733
>cjeibeler@SmithEibeler.com
>Attorneys for Plaintiff Christopher D. Adams

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 23, 2020

>*/s/Lawrence J. Del Rossi*
>Lawrence J. Del Rossi