FAEGRE DRINKER BIDDLE & REATH LLP
Lawrence J. Del Rossi
Antonio M. Pozos (*pro hac vice* admission pending)
600 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000 (phone)
*Attorneys for Defendants*
*SCCY Industries, LLC and Joe Roebuck*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER D. ADAMS,<br><br>        Plaintiff(s),<br><br>-v-<br><br>SCCY INDUSTRIES, LLC, d/b/a SCCY FIREARMS, JOE ROEBUCK, ABC COMPANIES (1-10) (fictitious names of unknown entities), and JOHN DOES (1-10) (fictitious names of unknown persons),<br><br>        Defendant(s). | Civil Action No.:<br><br><br><br><br><br>**CONSOLIDATED INDEX IN SUPPORT OF DEFENDANTS' MOTION TO SEAL THE COMPLAINT PURSUANT TO LOCAL CIVIL RULE 5.3, AND TO STRIKE PORTIONS OF THE COMPLAINT PURSUANT TO F.R.C.P. 12** |

| Document | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| The Complaint in the above-captioned matter. | The Complaint contains attorney-client privileged information. | Denying Defendants' motion to seal this information would cause a clearly defined and serious | There is no less-restrictive way to prevent the disclosure of privileged attorney-client information. | Based on prior communications with Plaintiff's counsel (Exs. A-D to Lawrence J. Del Rossi's Declaration), |

|  |  | injury because it would allow public disclosure of attorney-client privileged information. |  | Defendants anticipate Plaintiff will oppose Defendants' Motion to seal and strike the privileged information from the Complaint. |
| --- | --- | --- | --- | --- |