

**SMITH EIBELER, LLC**

Christopher J. Eibeler
Attorney At Law
cjeibeler@SmithEibeler.com
www.SmithEibeler.com
tel. 732.935.7246

January 22, 2019

**VIA E-MAIL, FACSIMILE & PRIORITY MAIL**

Joe Roebuck, Chief Executive Officer
SCCY Industries, LLC
1800 Concept Court
Daytona Beach, FL 32114

    Re:    Christopher D. Adams v. SSCY Industries, LLC d/b/a SCCY Firearms, Joe Roebuck, and ABC Companies (1–10) (fictitious names of unknown entities)

Dear Mr. Roebuck:

    This office represents Christopher Adams in connection with the unlawful termination of his employment with SSCY Industries, LLC d/b/a SCCY Firearms ("SSCY"). Enclosed herewith is a copy of a Complaint which has been prepared for an action to be commenced against SSCY and you personally.

    If you would like to explore an amicable resolution of the issues raised in the enclosed Complaint, I ask you or your counsel to contact me within seven (7) days of the date of this letter. If I do not hear from you or your counsel **before end of January 29, 2020**, I will assume that you would prefer to litigate this matter and the Complaint will be filed.

    Please be advised that as a result of the issues raised in this letter, SCCY has a legal obligation to preserve all material evidence concerning Mr. Adams's claims. Consistent with these legal obligations, please take immediate action to ensure that no documents or other evidence (including e-mails, telephone records, computer files, photographs, text messages, WhatsApp messages, communications with the State Department and/or other Federal bodies or agencies, and specifications or other technical data relating to SCCY's dealings with Susung and ICO Mold) are destroyed, deleted or otherwise removed from any of the SCCY's computers and/or electronic storage devices (including but not limited to cameras, telephones, mobile devices, etc., which also includes personal electronic devices), to the extent such information pertains to the issues contained in the draft Complaint.

    My client reserves all of his rights and remedies in this matter.

    Very truly yours,

    SMITH EIBELER, LLC

    CHRISTOPHER J. EIBELER

CJE/tcd
Enclosure
cc:    Christopher D. Adams

---

Smith Eibeler, LLC ♦ At Bell Works ♦ 101 Crawfords Corner Road ♦ Suite 1-105R ♦ Holmdel, New Jersey 07733