

Scott W. Cichon
Robert A. Merrell III
John P. Ferguson
Mark A. Watts
Heather Bond Vargas
Michael J. Woods
Raymond L. Schumann
Kathleen L. Crotty
Michael O. Sznapstajler
Matthew S. Welch
Robert E. Doan
Douglas J. Collins
Sara E. Glover
Holly J. Woersching
Taylor M. Westfall
Jessica L. Gow
Joseph A. Cottingham
Sydney V. Cichon

OF COUNSEL
Andrea M. Kurak
Kelly Parsons Kwiatek
Harold C. Hubka
Larry D. Marsh
Maja Sander Bowler
Peter R. J. Thompson*
*Practice limited to federal immigration matters

RETIRED
Thomas S. Hart

William M. Cobb
(1881-1939)
Thomas T. Cobb
(1916-2004)
W. Warren Cole, Jr.
(1926-2008)

Daytona Beach • DeLand

149 South Ridgewood Avenue, Suite 700
Daytona Beach, Florida 32114
(386) 255-8171
CobbCole.com

January 29, 2020

**VIA EMAIL ONLY**

Christopher J. Eibeler, Esq.
Smith Eibeler, LLC
101 Crawfords Corner Road, Suite 1-105R
Holmdel, NJ 07733

Re:   Christopher D. Adams vs. SCCY Industries, LLC

Dear Mr. Eibeler:

I am in receipt of your January 28th letter demanding that I identify the information which is subject to attorney-client privilege by today and demanding that I sign a tolling agreement today and informing me that my failure to comply will be deemed a waiver of my clients' rights.

My clients have no obligation to respond by your unilateral deadline, and they are not waiving any rights that they have against your client. My clients expressly reserve any and all rights to pursue any and all claims that they have against your client.

As Mr. Adams knows, the timing of delivery of his demand was to coincide when my client was out of the state. I will not have a chance to meet with him prior to your deadline. If you feel that you have to file a lawsuit before I can respond to you with a substantive conversation regarding my clients' counterclaims in due course next week, even though the relevant date is February 18th, then I recommend that Mr. Adams removes any reference to anything that he learned in an attorney capacity and to any privileged work product. Mr. Adams held himself out and was paid as an experienced legal counsel. So, he should know what information about his former client was privileged or not without my client's recommendation.

Sincerely,

**John P. Ferguson**
Direct Dial (386) 323-9247
Email John.Ferguson@CobbCole.com
Fax (386) 944-7943

041261-005 : JFERG/JFERG : 02490688.DOCX; 1