FAEGRE DRINKER BIDDLE & REATH LLP
Lawrence J. Del Rossi
Antonio M. Pozos (*pro hac vice* admission pending)
600 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000 (phone)
*Attorneys for Defendants*
*SCCY Industries, LLC and Joe Roebuck*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER D. ADAMS,<br><br>Plaintiff(s),<br><br>-v-<br><br>SCCY INDUSTRIES, LLC, d/b/a SCCY FIREARMS, JOE ROEBUCK, ABC COMPANIES (1-10) (fictitious names of unknown entities), and JOHN DOES (1-10) (fictitious names of unknown persons),<br><br>Defendant(s). | Civil Action No.:<br><br>**CERTIFICATE OF SERVICE** |

I, Lawrence J. Del Rossi, hereby certify that on the date set forth below, on behalf of Defendants SCCY Industries, LLC and Joe Roebuck, the following documents were electronically filed and served on all counsel of record via the Court's CM/ECF system: (1) Notice of Motion to Seal and to Strike Portions of the Complaint; (2) Brief in Support of the Motion; (3) Consolidated Index in support thereof; (4) Declaration of Lawrence Del Rossi; (5) Proposed Order; and (6) this Certification of Service.

Dated: March 23, 2020                               /s/Lawrence J. Del Rossi

                                                                                                                                      Lawrence J. Del Rossi
                                                                                                                                      FAEGRE DRINKER BIDDLE & REATH LLP
                                                                                                                                      600 Campus Drive
                                                                                                                                      Florham Park, NJ 07932
                                                                                                                                      (973) 549-7000