IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER D. ADAMS,<br><br>Plaintiff/Counterclaim Defendant,<br><br>-v-<br><br>SCCY INDUSTRIES, LLC, *et al.*<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 3:20-cv-03149 (AET-DEA)<br><br>Hon. Anne E. Thompson, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christopher D. Adams's claims asserted in the Complaint and Defendants/Counterclaim Plaintiffs SCCY Industries, LLC's and Joseph Roebuck's Counterclaims, be and hereby are dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: December __, 2020

/s/ *[signature]*
Christopher Eibeler
Robert W. Smith
Smith Eibeler, LLC
101 Crawfords Corner Road
Suite 1-105R
Holmdel, NJ 07733
(732) 444-1300

*Attorneys for Plaintiff/Counterclaim
Defendant Christopher D. Adams*

/s/ *[signature]*
Lawrence J. Del Rossi
Antonio M. Pozos (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000

*Attorneys for Defendants/Counterclaim Plaintiffs
SCCY Industries, LLC and Joseph Roebuck*